Equitable Life Assurance Society, 109 App. Div. 252, 96 N. Y. Supp. 10. See 108 N. Y. Supp. 67.

---

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by George E. Lovett against Grace E. Lovett. No opinion. Motion granted, unless the appellant perfect her appeal, put the cause on the calendar in time for the next term of this court, and be ready for argument when reached, in which case the motion is denied.

---

LYME, Respondent, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Henry Lyme against Robert Oliver. No opinion. Order affirmed, with $10 costs and disbursements.

---

LYONS, Appellant, v. PEASE PIANO CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Catharine C. Lyons, individually and as executrix, etc., of Samuel C. Pease, deceased, against the Pease Piano Company and others. No opinion. Judgment affirmed, with costs. See 95 App. Div. 630, 88 N. Y. Supp. 1107.

---

LUDWIG, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Leonard H. Ludwig, as administrator, against the city of New York. E. A. Alexander, for appellant. R. E. T. Riggs, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

McANERNEY et al. v. BERNSTEIN et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Appeal from Special Term. Action by Daniel McAnerney and another against Harris Bernstein and others. Judgment for plaintiffs, and defendants appeal. Affirmed. A. G. Reeves, for appellants. J. A. Dutton, for respondents.

PER CURIAM. Judgment affirmed, with costs.

McLAUGHLIN, J. I dissent, on the ground that the reservation contained in the deed of the property in question was a reservation only of the right to collect damages accruing down to the time of the conveyance by the plaintiff to Bernstein and Savis, and under the twenty-fifth finding of fact I do not see how this judgment can be sustained.

---

McAULIFFE, Appellant, v. ERIE COUNTY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Thomas McAuliffe, an infant, etc., against the county of Erie and others.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., not sitting.

---

McCLAIN v. DILLER. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Mary A. McClain against Elizabeth Diller. No opinion. Motion granted, on conditions stated in order. Order filed.

---

In re McCONNELL. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the application of Samuel P. McConnell for admission to the bar. No opinion. Application granted.

---

McCONNELL, Appellant, v. McCULLOUGH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Margaret M. McConnell against John F. McCullough and others. No opinion. Judgment affirmed, with costs.

---

MACDONALD et al., Respondents, v. POTTER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Ranald H. Macdonald and another against Howard N. Potter and another. T. McIlvaine, for appellants. H. Swain, for respondents. No opinion. Judgment (57 Misc. Rep. 206, 107 N. Y. Supp. 915) affirmed, with costs. Order filed.

---

In re McGARREN. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of Alexander McGarren, deceased. No opinion. Decree affirmed, with costs. Order filed. See 112 App. Div. 503, 98 N. Y. Supp. 415.

---

McGUIRE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Bernard McGuire against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $5,000, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

---

MACKENZIE, Respondent, v. MOSER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Charles S. Mackenzie against Arthur G. F. Moser. No opinion. Judgment and order unanimously affirmed, with costs.

---

McNEELY, Respondent, v. McNEELY, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Archibald I. McNeely against Julia A. McNeely. No opinion. Motion granted, unless appellant within 30 days files and serves proposed case and exceptions, in which event motion denied.

---

MAHONEY v. HOFFMAN. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Actions by Dennis Mahoney against Adam Hoffman, by the N. W. Ryan Company against Herman Raub, by John Andre against the Club Building Company, by Ferdinand D. Ciprice against the Manhattan Office Company, by William Eddington against the Union Railroad Company, by Jacob H.